**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tysonn R. MANNING, Defendant-**
**Appellant.**

**No. 16–6198**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Tysonn R. Manning, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia; Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tysonn R. Manning appeals the district court's order dismissing his motion under Federal Rule of Criminal Procedure 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Manning, No. 7:12–cr–00042–MFU–8 (W.D. Va. Feb. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

AFFIRMED